USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARR & BARR, INC. AND THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS, NOW KNOWN
AS TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                              Plaintiffs,

    -against-

ILLINOIS UNION INSURANCE COMPANY,

                              Defendant.
------------------------------------------------------------X

Case No. 11-cv-9434 (PAE)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-captioned action, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that whereas the above-captioned action has settled and no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-captioned action, including all claims and counterclaims, is hereby dismissed with prejudice without costs or fees to either party.

      PLEASE TAKE NOTICE that facsimile and PDF signatures to this Stipulation will be deemed to be originals for all purposes.

Dated: September 4, 2012

| SEDGWICK LLP | RIVKIN RADLER LLP |
|---|---|
| *[signature]* | *[signature]* |
| Joseph K. Powers, Esq. (JP 5504) | Alan C. Eagle, Esq. (ACE 3451) |
| Christopher J. Celentano, Esq. (CC 1024) | Carlie Fitapelli, Esq. (CF 5116) |
| 125 Broad Street, 39th Floor | 926 RXR Plaza |
| New York, NY 10004 | Uniondale, New York 11556-0926 |
| 212-898-4022 | 516-357-3000 |
| Joseph.Powers@sedgwicklaw.com | Alan.Eagle@rivkin.com |

| | |
|---|---|
| Christopher.Celentano@sedgwicklaw.com | Carlie.Fitapelli@rivkin.com |
| *Attorneys for Defendant* <br> *Illinois Union Insurance Company* | *Attorneys for Plaintiffs* <br> *Barr & Barr, Inc. and The Travelers Indemnity Company of Illinois, now known as Travelers Property Casualty Company of America* |

The Clerk is directed to terminate this case.

So Ordered: _____Paul A. Engelmayer_____  9/4/12
Hon. Paul A. Engelmayer, U.S.D.J.